SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Monica A. Harman

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Complete Welders Supply; Monica A. Harman,<br><br>　　　　Defendants. | Case No. **2:11-cv-02541-GEB-KJN**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL DECEMBER 16, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

　　　Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Complete Welders Supply and Monica A. Harman, stipulate as follows:

　　　1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

2. Defendants are granted an extension until December 16, 2011 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than December 16, 2011.

IT IS SO STIPULATED effective as of November 28, 2011.

Dated:   November 28, 2011            /s/ Cris C. Vaughan
                                      Cris C. Vaughan,
                                      Attorney for Defendant,
                                      Monica A. Harman


Dated:   November 29, 2011            /s/ Scott N. Johnson
                                      Scott N. Johnson,
                                      Attorney for Plaintiff


**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

**Date:  11/29/2011**


                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

STIPULATION RE: EXTENSION OF TIME - 2