IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                )
                                 )    2:11-cv-02541-GEB-KJN
          Plaintiff,             )
                                 )
     v.                          )    ORDER CONTINUING STATUS
                                 )    (PRETRIAL SCHEDULING)
Complete Welders Supply; Monica  )    CONFERENCE
A. Harman,                       )
                                 )
          Defendants.            )
_____)

        Plaintiff states in his Status Report filed on January 16, 2012, that "Defendants have been served[.]" (ECF No. 10, 2:13.) However, review of the docket for this action reveals that Defendant Complete Welders Supply has not yet appeared, and Plaintiff does not address in his Status Report what steps he is taking to prosecute this action against this defendant.

        Plaintiff shall take the steps necessary to prosecute this action as a default matter as to Defendant Complete Welders Supply. No later than February 27, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why Defendant Complete Welders Supply should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on January 30, 2012, is continued to commence at 9:00 a.m. on April 23, 2012. A joint status report shall be filed fourteen (14) days prior to

the status conference in which Plaintiff is required to explain the status of the default proceedings.

    IT IS SO ORDERED.

Dated: January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge